# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 2:21-CR-00147 |
| Plaintiff, | ) JUDGE EDMUND A. SARGUS |
| v. | ) **NOTICE OF APPEARANCE** |
| LEO SHIMIZU, a/k/a "Lil Droppy", | ) |
| Defendant. | ) |

Now comes and enters her appearance, Marisa T. Darden of the law firm Benesch Friedlander Coplan and Aronoff as counsel of record for Defendant Leo Shimizu ("Lil Droppy"). Please include Ms. Darden on all future filings and notices.

Respectfully submitted,

s/ Marisa T. Darden
Marisa T. Darden (0098583)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4440
Facsimile: 216.363.4588
Email: mdarden@beneschlaw.com

*Attorneys for Defendant Leo Shimizu*

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2024 a copy of the foregoing *Notice of Appearance* was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*s/ Marisa T. Darden*
*Attorney for Defendant Leo Shimizu*