**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:21-cr-00147** |
| | : | **Judge Edmund A. Sargus, Jr.** |
| **v.** | : | |
| | : | |
| **LEO SHIMIZU,** | : | |
| a/k/a "Lil Droppy," | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon Motion of the United States (Doc. 38) to correct its earlier Motion for Preliminary Order of Forfeiture (Doc. 36), the Court finds good cause under Federal Rule of Criminal Procedure 36 to "correct a clerical record in [some] other part of the record"—namely, the signature block from the Government's Motion for Preliminary Order of Forfeiture.

THEREFORE, IT IS HEREBY ORDERED THAT:

1.     The Government's Motion for Preliminary Order of Forfeiture (Doc. 36) will be treated as if filed by then Acting United States Attorney Kelly A. Norris.

**IT IS SO ORDERED.**

s/Edmund A. Sargus, Jr.   3/5/2025
HONORABLE EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE